UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANTONIO GREGORY BROOKS, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
|   v. | ) | Civil Action No.  1:24-cv-02259 (UNA) |
| | ) | |
| DEPARTMENT OF THE ARMY, | ) | |
| | ) | |
|    Defendant. | ) | |

**ORDER**

This matter comes before the court on review of plaintiff's application for leave to proceed *in forma pauperis,* ECF No. 2, filed with the *pro se* civil complaint, ECF No. 1.

Accordingly, it is

**ORDERED** that plaintiff's application for leave to proceed *in forma pauperis*, ECF No. 2, is **GRANTED**, and it is further

**ORDERED** that that the Clerk of Court shall assign this action to District Judge Amit P. Mehta as related to *Brooks v. FBI*, 24-cv-02200 (APM), and it is further

**ORDERED** that plaintiff's motion for CM/ECF password, ECF No. 3, is **DENIED** without prejudice.  Although the motion largely complies with D.C. LCvR 5.4(b)(2), it is silent as to plaintiff's access to the internet, and as to his completion of "the entire Clerk's Office on-line tutorial," or alternatively, his permission to file electronically in other federal courts.

**SO ORDERED.**

Date:  September 30, 2024   _____/s/_____
                                                   JIA M. COBB
                                          United States District Judge