# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA



RECEIVED
Mail Room

**OCT - 7 2024**

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

ANTONIO G BROOKS

PLAINTIFF

VS.                                                                 CIVIL ACTION NO: 24-CV-02259 (APM)

DEPARTMENT OF THE ARMY, et al.,

DEFENDANT

## PLAINTIFF'S SUPPLEMENTAL MOTION REQUESTING ISSUANCE OF SUMMONS TO DEFENDANTS

1. Plaintiff Antonio G. Brooks, proceeding pro se, respectfully submits this Supplemental Motion requesting the Court to issue a summons to the Defendant(s), as pro se status has been granted in this matter. In support thereof, Plaintiff states as follows:

### LEGAL BASIS FOR ISSUANCE OF SUMMONS

2. Under Rule 4(b) of the Federal Rules of Civil Procedure, upon the filing of a complaint, the Court is required to issue a summons to the Defendant(s) to appear and defend the action. Plaintiff has filed the initial complaint in this matter and has been granted pro se status.
3. While pro se litigants are often responsible for ensuring the summons is served on the Defendant(s), Plaintiff respectfully requests that the Court facilitate the issuance of summons as part of the accommodation for proceeding pro se, especially considering the complexity of this case and the federal agencies involved.

### REASONS FOR ISSUANCE OF SUMMONS

4. Plaintiff's complaint, filed on July 29, 2024, seeks declaratory and injunctive relief against the Department of the Army for violations of the Freedom of Information Act (FOIA) and the Privacy Act (PA). Plaintiff has alleged wrongful withholding of agency records and improper conduct under these acts.

5. The Defendants have failed to produce the requested documents within the statutory timeframe, and Plaintiff has properly exhausted administrative remedies. As such, the Court's intervention is necessary to compel compliance.
6. Issuance of summons to the Defendant(s) is crucial to move forward with this action, ensuring that they are formally notified of the lawsuit and provided the opportunity to respond to the allegations. Plaintiff, acting pro se, requests the Court's assistance in this matter to ensure procedural compliance.

## CONCLUSION

7. For the foregoing reasons, Plaintiff respectfully requests that the Court issue summons to the Defendants, Department of the Army (Counterintelligence Command and Criminal Investigation Command), as part of its duty to facilitate the advancement of this pro se case.
8. Plaintiff also requests any further relief that the Court deems just and proper in ensuring the fair and efficient handling of this matter.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests this Honorable Court:

9. Issue a summons to the Defendants, Department of the Army (Counterintelligence Command and Criminal Investigation Command), in accordance with Rule 4 of the Federal Rules of Civil Procedure.
10. Grant such other relief as the Court may deem just and proper.

Dated: 4 October 2024

Respectfully Submitted - *Pro Se*,

Antonio Gregory Brooks
2701 Park Center Drive, Apt B905
Alexandria, VA 22302
910-987-0787
Antoniobrooks20@gmail.com