UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTONIO GREGORY BROOKS,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF THE ARMY,<br><br>Defendant. | Civil Action No. 24-2259 (APM) |

## NOTICE OF APPEARANCE

The Clerk of Court will please enter the appearance of Special Assistant United States Attorney Alane Ballweg as counsel for Defendant Department of the Army in the above-captioned case.

Dated: December 10, 2024              Respectfully submitted,


By:     */s/ Alane E. Ballweg*
ALANE E. BALLWEG, VA Bar # 80102
Special Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2574
alane.ballweg@usdoj.gov

*Attorney for the United States of America*