UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTONIO GREGORY BROOKS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF THE ARMY,<br><br>　　　　　Defendant. | Civil Action No. 24-2259 (APM) |

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND

By and through undersigned counsel, Defendant respectfully moves to extend the deadline to respond to the Complaint in this matter from December 12, 2024, to January 13, 2025. In accordance with Local Civil Rule 7(m), the undersigned conferred with Plaintiff, who does not oppose the relief sought in this motion.

There is good cause for granting this motion. This matter was recently assigned to the undersigned, who has already reached out to the relevant agency and intends to promptly gather information necessary for the defense of this action. That said, the undersigned requires a reasonable period of additional time to discuss this matter with the relevant agency, explore whether this case may be resolved without litigation, and, if not, formulate Defendant's response to Plaintiff's Complaint. Accordingly, the Defendant requests this extension of time.

Defendant proposes this extension in good faith and not for the purpose of delay. This is Defendant's first request for an extension in this matter. Granting the requested extension will not impact any other deadlines and will afford government counsel additional time to review the case.

- 2 -

WHEREFORE, Defendant respectfully requests that the deadline to respond to the Complaint be extended through and including January 13, 2025. A proposed order is enclosed herewith.

Dated: December 10, 2024
Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/ Alane E. Ballweg_____
ALANE E. BALLWEG, VA Bar # 80102
Special Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2574
alane.ballweg@usdoj.gov

*Attorneys for the United States of America*