UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTONIO GREGORY BROOKS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF THE ARMY,<br><br>　　　　Defendant. | Civil Action No. 24-2259 (APM) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's unopposed motion for an extension of time to respond to the complaint in this action, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendant's unopposed motion is GRANTED, and it is further

ODERED that Defendant shall have through and including January 13, 2025, to respond to the Complaint in this action.

SO ORDERED:


_____                                    _____
Date                                                                         AMIT P. MEHTA
                                                                                    United States District Judge