UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| **ANTONIO GREGORY BROOKS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 24-cv-2259 (APM) |
| | ) | |
| **DEPARTMENT OF THE ARMY,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

Plaintiff filed this Freedom of Information Act ("FOIA") action on **July 29, 2024.** *See* Compl., ECF No. 1. Defendant filed an answer on January 13, 2025. *See* Def.'s Answer, ECF No. 15. Cases filed under FOIA are exempt from the requirements of Federal Rule of Civil Procedure 26(f) and Local Civil Rule 16.3. *See* LCvR 16.3(b)(10).

Accordingly, it is hereby ordered that the Defendant shall file a Status Report on or before **January 28, 2025.** The Status Report should address, among other things, (1) the status of Plaintiff's FOIA request; (2) the anticipated number of documents responsive to Plaintiff's FOIA request; (3) the anticipated date(s) for release of the documents requested by Plaintiff; (4) whether a motion for a stay is likely under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976); and (5) whether the Defendant anticipates summary judgment briefing and, if so, a proposed briefing schedule.

Counsel shall not contact chambers directly concerning scheduling or other matters, as chambers personnel will not handle questions relating to the status or scheduling of pending

matters, except in case of an emergency. In an emergency, chambers can be reached at 202-354-3250.

Dated: January 14, 2025

                                            Amit P. Mehta
                                      United States District Court Judge

2