**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ANTONIO GREGORY BROOKS | 24-cv-02259-APM |
| DEFENDANT | TYPE OF PROCESS |
| DEPARTMENT OF THE ARMY | Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
DEPARTMENT OF THE ARMY
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1950 Defense Blvd, Washington, DC 20301

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

ANTONIO GREGORY BROOKS
2701 Park Center Drive
Apt. B905
Alexandria, VA 22302

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on USA | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:
/s/ Nicole M. Wilkens
[X] PLAINTIFF
[ ] DEFENDANT
TELEPHONE NUMBER: (202) 354-3120
DATE: 11/1/2024

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 1/3
District of Origin No. 16
District to Serve No. 16
Signature of Authorized USMS Deputy or Clerk
Date: 11/4/2024

I hereby certify and return that I [ ] have personally served, [✓] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc shown at the address inserted below

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Address (complete only different than shown above)

Date | Time | [ ] am [ ] pm

Signature of U.S Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

**REMARKS**

01/28/25 - Has to be served at: 9275 Gonston Rd   703-693.1014
Fort Belvoir, VA 22060

1/31/25 - Delivered by Certified Mail.
Tracking: 7009 0960 0001 2009 5217

RECEIVED
FEB 03 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Form USM-285
Rev. 03/21

ALERT: WILDFIRES AND EMERGENCY EVENTS IN THE LOS ANGELES METRO AREA U.S. MAY …

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 70090960000120095217

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 8:32 am on January 31, 2025 in FORT BELVOIR, VA 22060.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered
**Delivered, Individual Picked Up at Postal Facility**
FORT BELVOIR, VA 22060
January 31, 2025, 8:32 am

### Arrived at Post Office
FORT BELVOIR, VA 22060
January 31, 2025, 8:32 am

### Arrived at USPS Regional Facility
DULLES VA DISTRIBUTION CENTER
January 30, 2025, 3:49 pm

### Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER
January 29, 2025, 10:59 pm

**Hide Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                                                                        ⌄

USPS Tracking Plus®                                                                         ⌄

Product Information                                                                         ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**