UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTONIO GREGORY BROOKS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF THE ARMY,<br><br>　　　　Defendant. | Civil Action No. 24-2259 (APM) |

## DEFENDANT'S STATUS REPORT

Pursuant to the Court's January 29, 2025 Minute Order, Defendant, by and through counsel, respectfully submits the following status report.

1. On July 29, 2024, Plaintiff filed suit under the Freedom of Information Act ("FOIA") and Privacy Act, seeking records that "pertain to the Plaintiff, and actions by the agencies Counterintelligence Command and Criminal Investigation Command." *See* Compl. ¶ 7 (ECF No. 1). Defendant answered Plaintiff's Complaint on January 13, 2025. *See* ECF No. 15.

2. Defendant reports that Plaintiff's FOIA request continues to be processed. Specifically, portions of Plaintiff's request have been sent to the Army Criminal Investigation Division, Army Intelligence and Security Command, and Army Inspector General for processing. On January 29, 2025, Plaintiff provided a response to Defendant's request for additional information to reasonably describe the records he is seeking. Thereafter, the Army Inspector General completed its search and released approximately 14 pages of responsive records to Plaintiff on March 11, 2025. However, Army Criminal Investigation Division and Army Intelligence and Security Command cannot complete searches of their email servers without additional information from Plaintiff sufficiently specifying the email addresses, search terms, and date range applicable to his request.

On March 4, 2025, the responsible FOIA office contacted Plaintiff by email seeking this information but has not yet received a response. Once Plaintiff provides additional information, Defendant intends to continue to confer with Plaintiff regarding the scope of his request and the possibility of prioritizing documents responsive to Plaintiff's requests.

3. Until the parties resolve the remaining issues concerning the scope of Plaintiff's FOIA request, Defendant reports it is unable to estimate the anticipated total number of documents responsive to Plaintiff's FOIA request or the anticipated date(s) for further release. Likewise, Defendant is unable to assess the likelihood of a motion for an *Open America* stay.

4. Because Plaintiff has not yet received all responses to his FOIA request nor had the opportunity to review them, it is not yet apparent whether summary judgment briefing will be required in this case.

5. Accordingly, Defendant respectfully proposes that the Court require Defendant to file another status report on or before May 28, 2025, which will apprise the Court of Defendant's progress and, if necessary, include a proposed schedule for the filing of dispositive motions.

Dated: March 28, 2025
Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By:  */s/ Alane E. Ballweg*
ALANE E. BALLWEG, VA Bar # 80102
Special Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2574
alane.ballweg@usdoj.gov

*Attorneys for the United States of America*

**CERTIFICATE OF SERVICE**

    I certify that on March 28, 2025, I caused a copy of the foregoing document to be sent by email to: Antoniobrooks20@gmail.Com

                        /s/ *Alane E. Ballweg*
                        ALANE E. BALLWEG
                        Special Assistant United States Attorney