UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTONIO GREGORY BROOKS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF THE ARMY,<br><br>　　　　Defendant. | Civil Action No. 24-2259 (APM) |

**[PROPOSED] ORDER**

Upon consideration of Defendant's status report, the Court directs the Defendant to submit another status report by May 28, 2025.

SO ORDERED.

DATED: _____       _____
　　　　　　　　　　　　　　　　　AMIT P. MEHTA
　　　　　　　　　　　　　　　　　United States District Judge