UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTONIO GREGORY BROOKS,

      Plaintiff,

   v.

DEPARTMENT OF THE ARMY,

      Defendant.

Civil Action No. 24-2259 (APM)

## SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Brian C. Tracy and remove the appearance of Special Assistant United States Attorney Alane Ballweg as counsel for Defendant in the above-captioned case.

Dated: June 5, 2025

Respectfully submitted,

By: _____*/s/ Brian C. Tracy*_____
Brian C. Tracy, NE Bar #25379
Special Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2574
brian.tracy@usdoj.gov

*Attorney for the United States of America*